

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**AMANDA C. SHOFFEL**
*Assistant Corporation Counsel*
(212) 356-2249
Fax: (212) 356-3509
ashoffel@law.nyc.gov

August 10, 2016

**VIA ECF**

Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Jean Rios v. City of New York, et al.,
14-CV-6992 (SLT)(ST)

Your Honor:

I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned as counsel for the City defendants in the above-referenced matter.

First, the issues raised in Mr. Zelman's letter dated August 9, 2016, are moot. The parties were able to complete the remaining deposition yesterday without Court intervention.

Second, there is no current deadline for dispositive motions. Undersigned counsel is attached for trial scheduled to begin August 22, 2016 in Graham v. City, et al., 14-cv-10092 before Judge Valerie E. Caproni, as well as another trial scheduled to begin September 12, 2016 in Carol Hill for the Estate of Tyjuan Hill v. Sgt. Quigley, 12-cv-8691 before Judge Alvin K. Hellerstein. Accordingly, we request a summary judgment deadline of October 5, 2016.

Thank you for your consideration herein.

Respectfully submitted,
_____/s_____
Amanda Shoffel
Senior Counsel

- 2 -

cc: **<u>VIA ECF</u>**
David Zelman, Esq.
*Attorney for plaintiff*